IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ELMER L. BARLEY,  )  | |
|     Plaintiff,  )  | Civil Action No. 7:06-cv-00754 |
| )  | |
| v.  )  | **FINAL ORDER** |
| )  | |
| MRS. HODGES,  )  | By: Hon. James C. Turk |
|     Defendant(s).  )  | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), as frivolous and is stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 29th day of December, 2006.

/s/ James C. Turk
Senior United States District Judge