CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 29 2006

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ELMER L. BARLEY,<br>    Plaintiff, | Civil Action No. 7:06-cv-00754 |
| v. | **FINAL ORDER** |
| MRS. HODGES,<br>    Defendant(s). | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), as frivolous and is stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 29th day of December, 2006.

/s/ James C. Turk
Senior United States District Judge